

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORPORATION d/b/a METTEL, | **25 Civ. 3150 (VM)** |
| Plaintiff, | **ORDER** |
| - against - | |
| FOUR SEASONS ENVIRONMENTAL, INC. | |
| Defendant. | |

**VICTOR MARRERO, United States District Judge.**

Plaintiff originally brought this action in New York State Supreme Court, County of New York. (See Dkt. No. 1-1.) Defendant filed an Answer to the Complaint asserting a Counterclaim, (see Dkt. 1-2), and subsequently removed this action to the Southern District of New York on April 16, 2025. (See Dkt. No. 1.)

The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that

discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    26 June 2025
          New York, New York

_____
                    Victor Marrero
                    U.S.D.J.